Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ORLA ENTERPRISES, | ) | Case No. 08 B 27287 |
| an ILLINOIS FAMILY PARTNERSHIP, | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |

## ORDER ENTERING FINAL DECREE AND CLOSING CASE

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

IT IS HEREBY ORDERED that pursuant to Local Rule 3022-1, cause exists for entering a final decree closing this case and, therefore, a final decree closing this case is hereby entered; and;

IT IS FURTHER ORDERED that the Clerk close this case forthwith.

*The adversary proceeding 09 A 331 remains open & is set for status on 12-15-10 at 10 am.*

DATED: September 16, 2010        ENTER: _____J. Cox_____
Jacqueline P. Cox
United States Bankruptcy Judge